IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEO MARTINEZ, | No. C 09-2681 WHA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

In this habeas case petitioner seeks to challenge a conviction and sentence incurred in the Superior Court of San Bernardino County. San Bernardino County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at Mule Creek State Prison, which is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. 2241(d). This district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, *see* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in San Bernardino County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: June 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\MARTINEZ2681.TRN.wpd